UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TAYLOR, | No. 2:15-cv-2569 AC P |
| Plaintiff, | |
| v. | ORDER |
| KEVIN JOHNSON, et al., | |
| Defendants. | |

Plaintiff, a Sacramento County inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an incomplete request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The first page of the form request does not provide the requested detail (instead, plaintiff has placed a slash across Question No. 3), and the second page is missing. The second page requires plaintiff's signature, and certification by an authorized official at plaintiff's place of incarceration. In addition, plaintiff must file a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of his complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within thirty days after the filing date of this order, submit a completed affidavit in support of his request to proceed in forma pauperis, including completion of the

1

certificate portion by an authorized official, and submission of a certified copy of plaintiff's inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

    3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: December 28, 2015

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE